# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE NORTHERN TRUST COMPANY, an Illinois banking corporation, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION FILE NO. 1:25-cv-01008-SCJ |
| SHAW DEKALB PROPERTIES, LLC, a Georgia limited liability company, and PAMELA J. SHAW, and TIMOTHY G. SHAW ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFF'S REQUEST FOR STATUS CONFERENCE OR ORAL ARGUMENT

Pursuant to Local Rule 7.1(E) and Section III(J) of this Court's Standing Order [ECF No. 3], Plaintiff The Northern Trust Company ("Northern Trust") respectfully requests a status conference with this Court or oral argument on its Motion for Default Judgment Against Defendants Shaw DeKalb Properties, LLC, Timothy G. Shaw, and Pamela J. Shaw [ECF No. 18], showing this Court as follows:

Although, in its Motion, Northern Trust reduced its damages in this matter to a sum certain, a status conference or oral argument on the Motion would allow counsel for Northern Trust to offer any further explanation or proof of its damages that this Court deems necessary.

Additionally, because a Motion for Default Judgment is also pending in another matter before this Court between the same parties, *The Northern Trust Company v. Shaw DeKalb Properties, LLC, et al.*, Civil Action File No. 1:25-CV-03429-SCJ, ECF No. 21, a status conference or oral argument would permit counsel to resolve any existing confusion between the concurrent matters or Northern Trust's requested relief in either action.

Respectfully submitted this 29th of September, 2025.

                                           **HOLLAND & KNIGHT LLP**

                                           */s/ Cynthia G. Burnside*
                                           Cynthia G. Burnside
                                           Georgia Bar No.: 097107
                                           1180 West Peachtree Street, N.W.
                                           Suite 1800
                                           Atlanta, GA  30309
                                           Telephone: (404) 817-8500
                                           Facsimile: (404) 881-0470
                                           cynthia.burnside@hklaw.com

                                           *Attorney for The Northern Trust Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE NORTHERN TRUST COMPANY, an Illinois banking corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:25-CV-01008-SCJ |
| SHAW DEKALB PROPERTIES, LLC, a Georgia limited liability company, and PAMELA J. SHAW, and TIMOTHY G. SHAW | ) ) ) ) ) | |
| Defendants. | ) | |

**LR 7.1(D) FONT COMPLIANCE CERTIFICATION**

The undersigned counsel certifies that the within and foregoing **PLAINTIFF'S REQUEST FOR STATUS CONFERENCE OR ORAL ARGUMENT** was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

DATED: September 29th, 2025

                                            */s/ Cynthia G. Burnside*
                                            Cynthia G. Burnside
                                            Georgia Bar No. 097107

#527798687_v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE NORTHERN TRUST COMPANY, an Illinois banking corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SHAW DEKALB PROPERTIES, LLC, a Georgia limited liability company, and PAMELA J. SHAW, and TIMOTHY G. SHAW<br><br>    Defendants. | CIVIL ACTION FILE NO. 1:25-CV-01008-SCJ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing **PLAINTIFF'S REQUEST FOR STATUS CONFERENCE OR ORAL ARGUMENT** was served via Federal Express and U.S. Mail on each of the Defendants at the following addresses:

1. Defendant Timothy G. Shaw was served at 491 Second Road East, Stoney Creek, Ontario, Canada L8J 2X9.

2. Defendant Shaw DeKalb Properties, LLC was served at 491 Second Road East, Stoney Creek, Ontario, Canada L8J 2X9.

3. Defendant Pamela J. Shaw was served at 491 Second Road East, Stoney Creek, Ontario, Canada L8J 2X9.

DATED: September 29th, 2025

4

#527798687_v1

                                                                                 <u>s/ Cynthia G. Burnside</u>
Cynthia G. Burnside
Georgia Bar No. 097107

#527798687_v1